No. 98–1187.  JAY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–1188.  FAZIO ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–1196.  GREEN v. MORTHAM, SECRETARY OF STATE OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 98–1202.  PORTWOOD ET AL. v. FORD MOTOR CO.  Sup. Ct. Ill.  Certiorari denied.

No. 98–5867.  MATHENEY v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 98–5995.  LEAL v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 98–6122.  JACKSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–6314.  STEPHENS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–6358.  HARRIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–6403.  MOSES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–6458.  SMITH v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 98–6463.  COLELLA v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 98–6594.  EYOUM v. HOOKS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–6618.  SANSONE v. MCI TELECOMMUNICATIONS.  C. A. 4th Cir.  Certiorari denied.

No. 98–6638.  O'ROURKE v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.